IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

AUSTIN JAY BURNS                                                    PLAINTIFF

          v.                          Civil No. 09-5164

LT. CARTER; and
DEPUTY BONFANTI                                                    DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Austin J. Burns (hereinafter Burns), filed this action pursuant to 42 U.S.C. § 1983 on August 5, 2009.  He proceeds *pro se* and *in forma pauperis*.

On March 16, 2010, Defendants filed a motion for summary judgment (Doc. 13, Doc. 14 & Doc. 15).  On April 14, 2010, an order (Doc. 16) was entered directing Burns to complete an attached notice regarding the summary judgment motion.  The notice required Burns to state whether he would file a response to the summary judgment motion on his own or was requesting the Court's assistance by the preparation of a questionnaire.

Burns was directed to return the attached notice by May 12, 2010.  Burns was advised (Doc. 16) that if he failed to return the attached notice by May 12, 2010, the case would be subject to summary dismissal for failure to obey the order of this Court and failure to prosecute this action.

To date, Burns has not returned the notice.  He has not requested an extension of time to file the notice.  The Court's order was sent to the address contained on the docket sheet.  This address was provided to the Court by Burns.  The order and attached notice have not been returned as undeliverable.

AO72A
(Rev. 8/82)

I therefore recommend that this case be dismissed based on Burns's failure to obey the order of the court and his failure to prosecute this action.  Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 24th day of May 2010.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

-2-

AO72A
(Rev. 8/82)