```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**AUSTIN JAY BURNS**                                                   PLAINTIFF

    **v.**                       **Civil No. 09-5164**

**LT. CARTER**, Benton County
Detention Center; and
**DEPUTY BONFANTI**, Benton
County Detention Center                                                **DEFENDANTS**

### O R D E R

Now on this 28th day of March, 2011, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 24) to which no objections have been filed. The Court, being well and sufficiently advised, has reviewed the Report and Recommendation and finds that it is sound in all respects and should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (Doc. 24) is hereby **adopted *in toto*;** and

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge' Report and Recommendation, defendants' **Motion for Summary Judgment (Doc. 13)** is hereby **DENIED.**

**IT IS SO ORDERED.**

                                              **/s/JIMM LARRY HENDREN**
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE