```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**AUSTIN JAY BURNS**                                              **PLAINTIFF**

       **v.**                  Civil No. 09-5164

**LT. CARTER; and DEPUTY BONFANTI**                               **DEFENDANTS**

### O R D E R

NOW on this 1st day of March 2012, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 38), filed on February 7, 2012, to which no objections have been filed. The Court has reviewed the Report and Recommendation and finds in sound in all respects and it will, therefore, be adopted it *in toto.*

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (Doc. 38) is hereby **adopted in *toto*;**

**IT IS FURTHER ORDERED** that plaintiff's case is hereby **dismissed with prejudice** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

                                           /s/ Jimm Larry Hendren
                                           HON. JIMM LARRY HENDREN
                                           UNITED STATES DISTRICT JUDGE